NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,          )
                           )
       Appellant,      )
                           )
v.                     )    Case No. 2D17-2078
                           )
DWIGHT DUBOSE, DOC #116869,   )
                           )
       Appellee.       )
                           )

Opinion filed February 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Lisa D. Campbell,
Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellant.

Melissa Montle, and Seth E. Miller, of
Innocence Project of Florida, Inc.,
Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and BADALAMENTI, JJ., Concur.